UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KRAFT FOODS GLOBAL, INC., CADBURY ADAMS USA LLC, and BACK TO NATURE FOODS COMPANY.<br><br>Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**[] ORDER CONTINUING SEPTEMBER 7, 2012 CASE MANAGEMENT CONFERENCE TO PQXGO DGT '52, 2012**<br><br>Action Filed: May 17, 2012 |

1 **ORDER**

2      Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that
3 the initial case management conference shall be continued to 10:30 a.m. on November 30, 2012.   The
4 parties shall file a Joint Case Management Statement on November 21, 2012.

5

6  IT IS SO ORDERED.

7

8 DATED:  Ugr vgo dgt '7, 2012      *Ronald M. Whyte*

9                                           The Honorable Ronald M. Whyte
10                                            U.S. District Court Judge