UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KRAFT FOODS GLOBAL, INC. and CADBURY ADAMS USA LLC,<br><br>Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**[] ORDER SETTING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS AND RELATED BRIEFING**<br><br>Action Filed: May 17, 2012 |

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that:

1. Defendants' motion to dismiss shall be filed on or before November 2, 2012, and shall not exceed 35 pages in length.

2. Plaintiff's response to Defendants' motion to dismiss shall be filed on or before December 3, 2012, and shall not exceed 35 pages in length.

3. Defendants' reply brief shall be filed on or before December 20, 2012, and shall not exceed 20 pages in length.

4. Defendants' motion to dismiss shall be heard by the Court at 9:00 a.m. on January 11, 2013.

IT IS SO ORDERED.

DATED: September ____, 2012



_____
The Honorable Ronald M. Whyte
U.S. District Court Judge