| | |
|---|---|
| Pierce Gore (SBN 128515)<br>PRATT & ASSOCIATES<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>pgore@prattattorneys.com<br>Phone: (408) 429-6506<br>Facsimile: (408) 369-0752<br><br>Attorneys for Plaintiff<br>SUSAN IVIE | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KRAFT FOODS GLOBAL, INC., CADBURY ADAMS USA LLC, and BACK TO NATURE FOODS COMPANY,<br><br>Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**STIPULATION AND []<br>ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Action Filed: May 17, 2012 |

1   Plaintiff Susan Ivie, on behalf of herself and all others similarly situated, and Defendants Kraft
2   Foods Global, Inc., Cadbury Adams USA, LLC, and Back to Nature Foods Company, through their
3   undersigned counsel, hereby stipulate as follows:
4   WHEREAS, on October 31, 2012, the parties stipulated (Dkt. No. 30) that Defendants' motion to
5   dismiss shall be filed by November 7, 2012, Plaintiffs' response by December 7 and Defendants' reply
6   brief by December 21;
7   WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Amended Complaint (the
8   "Motion") on November 7, 2012 (Dkt. No. 31);
9   WHEREAS, Plaintiff's counsel needs more time to respond to the Motion, which is 35 pages
10  long;
11  THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-2, that Plaintiff shall file
12  and serve her opposition by December 21, 2012; Defendants shall file and serve their reply brief by
13  January 18, 2013; and with the Court's approval, the Motion shall be heard on February 8, 2013, at
14  9:00 a.m.
15
16  Dated:  December 6, 2012                    PRATT & ASSOCIATES

17                                               /s Pierce Gore
                                                 By: Pierce Gore
18
                                                 Attorneys for Plaintiff
19                                               Susan Ivie

20

21  Dated:  December 6, 2012                    JENNER & BLOCK LLP

22                                               /s Kenneth K. Lee
                                                 By: Kenneth K. Lee
23
                                                 Attorneys for Defendants
24                                               Kraft Foods Global, Inc.,
                                                 Cadbury Adams USA LLC, and
25                                               Back to Nature Foods Company.

26
27
28
                                                 1
STIPULATION AND ] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE
                    CASE NO. CV 12-02554 – RMW (PSG)

1
2 **[] ORDER**
3 Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that:
4 1. Plaintiff's response to Defendants' motion to dismiss shall be filed on or before December 21, 2012.
5
6 2. Defendants' reply brief shall be filed on or before January 18, 2013.
7 3. Defendants' motion to dismiss shall be heard by the Court at 9:00 a.m. on February 8, 2013.
8 IT IS SO ORDERED.
9
10 DATED: December 43, 2012 
11 _____
The Honorable Ronald M. Whyte
U.S. District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE
CASE NO. CV 12-02554 – RMW (PSG)