**PRATT & ASSOCIATES**
Pierce Gore (Cal. Bar No. 128515)
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, CA 95126
Phone: (408) 429-6506
Facsimile: (408) 369-0752

Attorneys for Plaintiff
SUSAN IVIE

**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Phone: (213) 239-5100
Facsimile: (213) 239-5199

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>KRAFT FOODS GLOBAL, INC., CADBURY ADAMS USA LLC, and BACK TO NATURE FOODS COMPANY,<br><br>　　　　　Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**STIPULATION AND [ ]**<br>**ORDER MODIFYING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 17, 2012<br>CMC Hearing Date:  January 11, 2013 |

1  Plaintiff Susan Ivie, on behalf of herself and all others similarly situated, and Defendants Kraft Foods Global, Inc., Cadbury Adams USA, LLC, and Back to Nature Foods Company, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 30, 2012, the initial case management conference in this matter was conducted before this Honorable Court.  At such time the Court set a "Further Case Management Conference" to be held on January 11, 2013 at 10:30 a.m.  Same was duly recorded in the Civil Minutes (Dkt. No. 38) of the proceedings.

WHEREAS, on December 6, 2012, Plaintiff and Defendants stipulated to modifying the briefing schedule and hearing date on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") thus setting Defendants' Motion for hearing on February 8, 2012 at 9:00 a.m. (Dkt. No. 35);

WHEREAS, Plaintiff and Defendants' seek to move the Case Management Conference, currently docketed for January 11, 2013, to the same hearing date on which Defendants' Motion to Dismiss Plaintiff's Amended Complaint is docketed, February 8, 2013;

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-2, that with the Court's approval, the Case Management Conference shall be held on February 8, 2013, at 10:30 a.m.

Dated:  January 2, 2013                              PRATT & ASSOCIATES

  /s Zona Jones_____
Ben F. Pierce Gore
Zona Jones (admitted *pro hac vice*)
*Attorneys for Plaintiff Susan Ivie*

Dated:  January 2, 2013, 2012                JENNER & BLOCK LLP

  /s Dean N. Panos_____
Kenneth K. Lee
Dean N. Panos
Attorneys for Defendants
Kraft Foods Global, Inc.,
Cadbury Adams USA LLC, and
Back to Nature Foods Company.

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KRAFT FOODS GLOBAL, INC., CADBURY ADAMS USA LLC, and BACK TO NATURE FOODS COMPANY,<br><br>Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**STIPULATION AND [<br>ORDER MODIFYING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 17, 2012<br>CMC Hearing Date:  January 11, 2013 |

**[] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that:

1. The Case Management Conference shall be held February 8, 2013 at __F€кн€__ a.m.

IT IS SO ORDERED.

DATED: January __J__, 2013

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
U.S. District Court Judge