UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>KRAFT FOODS GLOBAL, INC. and CADBURY ADAMS USA LLC,<br><br>　　　　　Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**[] ORDER CONTINUING APRIL 19, 2013 CASE MANAGEMENT CONFERENCE TO JUNE 36, 2013**<br><br>Action Filed: May 17, 2012 |

[] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that the case management conference shall be continued to 10:30 a.m. on June 36, 2013.

IT IS SO ORDERED.



DATED:  April ___FÏ___, 2013                    _____

The Honorable Ronald M. Whyte
U.S. District Court Judge

1
[] ORDER CONTINUING CASE MANAGEMENT CONFERENCE