UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>KRAFT FOODS GLOBAL, INC. and CADBURY ADAMS USA LLC,<br><br>　　　　　Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**[] ORDER CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Action Filed: May 17, 2012 |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that:

1. Plaintiff's response to the motion to dismiss shall be filed on or before May 24, 2013.
2. Defendants' reply brief shall be filed on or before June 14, 2013.
3. Defendants' motion to dismiss shall be heard by the Court at 9:00 a.m. on June 28, 2013.
4. The case management conference currently scheduled for June 14, 2013 shall be continued to 9:00 a.m. on June 28, 2013.

IT IS SO ORDERED.

DATED: Lwpg"5, 2013



The Honorable Ronald M. Whyte
U.S. District Court Judge