**PRATT & ASSOCIATES**
Pierce Gore (Cal. Bar No. 128515)
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, CA 95126
Phone: (408) 429-6506
Facsimile: (408) 369-0752

Attorneys for Plaintiff
SUSAN IVIE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN IVIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC., CADBURY ADAMS USA LLC, and BACK TO NATURE FOODS COMPANY,<br><br>Defendants. | No. CV 12-02554-RMW (PSG)<br><br>**STIPULATION AND []**<br>**ORDER MODIFYING BRIEFING**<br>**SCHEDULE AND HEARING DATE ON**<br>**PLAINTIFF'S MOTION FOR CLASS**<br>**CERTIFICATION**<br><br>Action Filed: May 17, 2012 |

Plaintiff Susan Ivie, on behalf of herself and all others similarly situated, and Defendants Kraft Foods Global, Inc., Cadbury Adams USA, LLC, and Back to Nature Foods Company, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties need additional time to complete discovery relating to class certification;

WHEREAS, Plaintiff's motion for class certification is due on July 20, 2015, and is scheduled for hearing on November 13, 2015 (Dkt. No. 76);

WHEREAS, the additional time requested by the parties will have no effect on the scheduled trial date of January 16, 2017 (Dkt. No. 76);

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-2, and subject to approval by the Court, as follows:

1. Plaintiff shall file her motion for class certification on or before November 20, 2015.
2. Defendants shall file their response to Plaintiff's class certification motion on or before January 20, 2016.
3. Plaintiff shall file her reply brief in support of class certification on or before February 19, 2016.
4. Plaintiff's motion for class certification shall be heard by the Court at 9 a.m. on March 25, 2016.

Dated: March 5, 2015					PRATT & ASSOCIATES

						  /s Pierce Gore_____
						By: Pierce Gore

						Attorneys for Plaintiff
						Susan Ivie

Dated: March 5, 2015					JENNER & BLOCK LLP

						  /s Kenneth K. Lee_____
						By: Kenneth K. Lee

						Attorneys for Defendants
						Kraft Foods Global, Inc.,
						Cadbury Adams USA LLC, and
						Back to Nature Foods Company

### [] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that:

1. Plaintiff shall file her motion for class certification on or before November 20, 2015.
2. Defendants shall file their response to Plaintiff's class certification motion on or before January 20, 2016.
3. Plaintiff shall file her reply brief in support of class certification on or before February 19, 2016.
4. Plaintiff's motion for class certification shall be heard by the Court at 9:00 a.m. on March 25, 2016.

**IT IS SO ORDERED.**

DATED: March HE, 2015

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Judge